AFFIRM; Opinion issued November 28, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00404-CR

## SHANTAVIA PATRICE BELL, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court
Dallas County, Texas
Trial Court Cause No. F12-13531-H**

## MEMORANDUM OPINION

Before Justices Moseley, Francis, and Lang
Opinion by Justice Francis

Shantavia Patrice Bell waived a jury and pleaded guilty to attempted burglary of a habitation. The trial court assessed punishment at ten years in prison. On appeal, appellant's attorney filed a brief in which she concludes the appeal is wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). The brief presents a professional evaluation of the record showing why, in effect, there are no arguable grounds to advance. *See High v. State*, 573 S.W.2d 807, 811 (Tex. Crim. App. [Panel Op.] 1978). Counsel delivered a copy of the brief to appellant. We advised appellant of her right to file a pro se response, but she did not file a pro se response.

We have reviewed the record and counsel's brief. *See Bledsoe v. State*, 178 S.W.3d 824, 827 (Tex. Crim. App. 2005). We agree the appeal is frivolous and without merit. We find nothing in the record that might arguably support the appeal.

We affirm the trial court's judgment.

/s/ Molly Francis

MOLLY FRANCIS
JUSTICE

Do Not Publish
TEX. R. APP. P. 47
120404F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

SHANTAVIA PATRICE BELL,
Appellant

No. 05-12-00404-CR     V.

THE STATE OF TEXAS, Appellee

Appeal from the Criminal District Court of
Dallas County, Texas (Tr.Ct.No. F12-
13531-H).
Opinion delivered by Justice Francis,
Justices Moseley and Lang participating.

Based on the Court's opinion of this date, the trial court's judgment is **AFFIRMED**.

Judgment entered November 28, 2012.

_____
MOLLY FRANCIS
JUSTICE